```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 57888
   LUCINDA ANN HOLLOWAY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5821


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 01/11/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/18/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           15722.20      2445.49      8814.97
HSBC AUTO FINANCE          UNSECURED        NOT FILED         .00          .00
WELLS FARGO BANK NA        CURRENT MORTG         .00          .00          .00
WELLS FARGO BANK NA        MORTGAGE ARRE    6825.74          .00      4077.47
AMERITECH BANKRUPTCY DEP   UNSECURED        NOT FILED         .00          .00
ASPIRE                     UNSECURED        NOT FILED         .00          .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00          .00
CITI CARDS                 UNSECURED        NOT FILED         .00          .00
BRINKS HOME SECURITY SYS   UNSECURED        NOT FILED         .00          .00
CITY OF CHICAGO PARKING    UNSECURED         1280.00          .00          .00
QUICK PAYDAY LOANS         UNSECURED          420.00          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED          368.63          .00          .00
TRINITY HOSPITAL           UNSECURED          100.00          .00          .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00          .00
CENTRAL COLLECTION BUREA   UNSECURED        NOT FILED         .00          .00
CHARTER ONE                UNSECURED        NOT FILED         .00          .00
AT & T WIRELESS            UNSECURED        NOT FILED         .00          .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00          .00
DIRECT MERCHANT BANK       UNSECURED        NOT FILED         .00          .00
DIRECT MERCHANT BANK       UNSECURED        NOT FILED         .00          .00
ECAST SETTLEMENT CORP      UNSECURED          401.03          .00          .00
EQUITY ONE INC             UNSECURED        NOT FILED         .00          .00
FAIRBANK CREDIT UNION      UNSECURED        NOT FILED         .00          .00
FAIRLANE CREDIT LLC        UNSECURED        13004.76          .00          .00
GLOBAL PAYMENT             UNSECURED        NOT FILED         .00          .00
GOODWIN BRYAN & SCHILL L   UNSECURED        NOT FILED         .00          .00
JC PENNY                   UNSECURED        NOT FILED         .00          .00
JEWEL FOOD                 UNSECURED          205.52          .00          .00
MCI WORLD COM              UNSECURED        NOT FILED         .00          .00
MERRICK BANK~              UNSECURED        NOT FILED         .00          .00
MICRO CENTER WFNNB         UNSECURED        NOT FILED         .00          .00
PARK DANSEN                UNSECURED        NOT FILED         .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 57888 LUCINDA ANN HOLLOWAY
```

```
PROVIDIAN  MASTERCARD     UNSECURED      NOT FILED               .00              .00
ASSET ACCEPTANCE CORP     UNSECURED         583.12               .00              .00
SEARS                     UNSECURED      NOT FILED               .00              .00
SEARS                     UNSECURED      NOT FILED               .00              .00
SEARS                     UNSECURED      NOT FILED               .00              .00
SOCIAL SECURITY ADMINIST  UNSECURED      NOT FILED               .00              .00
SOUTH SHORE BANK          UNSECURED      NOT FILED               .00              .00
SOUTHSHORE HOSPITAL       UNSECURED      NOT FILED               .00              .00
SOUTH SHORE HOSPITAL      UNSECURED      NOT FILED               .00              .00
ASSET ACCEPTANCE CORP     UNSECURED         305.97               .00              .00
THOREK HOSPITAL & MEDICA  UNSECURED      NOT FILED               .00              .00
UNIFUND CO                UNSECURED      NOT FILED               .00              .00
UNION AUTO SALES          UNSECURED      NOT FILED               .00              .00
WORLDCOM INC              UNSECURED      NOT FILED               .00              .00
NATIONAL CAPITAL MANAGEM  UNSECURED        1768.09               .00              .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED               .00              .00
SOUTHWEST CREDIT SYSTEMS  UNSECURED      NOT FILED               .00              .00
AT & T BANKRUPCTY         UNSECURED        2728.31               .00              .00
INTERNAL REVENUE SERVICE  FILED LATE           .00               .00              .00
INTERNAL REVENUE SERVICE  FILED LATE           .00               .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,562.40                           3,562.40
TOM VAUGHN                TRUSTEE                                            1,248.67
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
   ---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
   ---------------------------------------------------------------------------
TRUSTEE                   20,149.00

PRIORITY                                             .00
SECURED                                        12,892.44
    INTEREST                                    2,445.49
UNSECURED                                            .00
ADMINISTRATIVE                                  3,562.40
TRUSTEE COMPENSATION                            1,248.67
DEBTOR REFUND                                        .00
                      ---------------      ---------------
TOTALS                    20,149.00             20,149.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE